UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHY LUTGEN, | ) | CIV. 12-4030-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| CINDY CIHAK in her official and individual capacity, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation for dismissal, it is

ORDERED that this case is dismissed on the merits, with prejudice, and with the parties bearing their own costs.

Dated March 20, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE